**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**COLPITTS,**

              **Plaintiff,**

   - against -

**BLUE DIAMOND GROWERS,**

             **Defendant.**
_____

**20-cv-2487 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The defendant may make a motion to dismiss without a pre-motion conference.  The motion is due September 11, 2020.  The response is due October 2, 2020, and the reply is due October 16, 2020.

**SO ORDERED.**

**Dated:    New York, New York**
             **August 17, 2020**

                                                  **/s/ John G. Koeltl**
                                                    **John G. Koeltl**
                                      **United States District Judge**