```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MATTHEW COLPITTS, individually and on behalf of all                    :
others similarly situated,                                             :
                                                                       :
                               Plaintiff,                              :    20 Civ. 2487 (JPC)
                                                                       :
               -v-                                                     :    ORDER
                                                                       :
BLUE DIAMOND GROWERS,                                                  :
                                                                       :
                               Defendant.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On January 27, 2023, at 10:00 a.m., the Court will hold a conference to decide Defendant's pending motion to strike the Declaration of Andrea Lynn Matthews, Dkt. 89-1. The Court will conduct the conference by telephone. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: January 24, 2023
       New York, New York                           _____
                                                            JOHN P. CRONAN
                                                       United States District Judge