**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MATTHEW COLPITTS, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,
   -against-                                    20 **CIVIL** 2487 (JPC)

                                                        **<u>JUDGMENT</u>**

BLUE DIAMOND GROWERS,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2023, Defendant's motion for summary judgment is granted. With that motion granted, Plaintiff's motion for class certification is denied as moot. Because the Court concludes that oral argument in this case is not necessary, Defendant's request for oral argument is denied; accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2023

                                                     **RUBY J. KRAJICK**

                                                     _____
                                                           **Clerk of Court**

                            **BY:**         *K. Mango*

                                                          _____
                                                           **Deputy Clerk**